Belknap, }
June, 1900. }

## WILCOX v. BUSIEL & Tr.

ASSUMPSIT. Facts found by the court. The plaintiffs compose the Laconia Fire Department, a voluntary association, of which the defendant was formerly a member. The city pays each member $30 a year.

In 1898, the department voted to give a ball, each member to sell tickets and return the proceeds to the treasurer. The defendant received and sold tickets, but has not accounted for the proceeds, although he promised the plaintiffs to do so. For this cause he was discharged from the department, and thereupon this suit was brought. There was due the defendant from the trustee nine months' pay. For five and a half months the services had been performed by a substitute procured and paid by the defendant.

*Walter S. Peaslee*, for the plaintiffs.

*Stone & Shannon*, for the defendant.

PEASLEE, J. If there are matters other than the collection of the admitted debt which require further proceedings between these parties, the plaintiffs may amend by filing a bill in equity. *Brooks v. Howison*, 63 N. H. 382.

The money earned by the substitute and now due the defendant is not exempt from attachment on trustee process. *Gray v. Fife*, *ante*, p. 89.

*Case discharged.*

BLODGETT, C. J., did not sit: the others concurred.